IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, as subrogee of PENNY NEWMAN GRAIN COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:19-CV-083-M-BQ |
| VARCO PRUDEN BUILDINGS, INC., and ROY OWENS CONSTRUCTION COMPANY, | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Roy Owens Construction Company's "Motion for Judgment on the Pleadings under Rule 12(c) or Alternatively to Dismiss for Failure to State a Claim under Rule 12(b)(6), and Brief in Support." ECF No. 63.  The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion.  ECF No. 83.  Roy Owens Construction Company filed objections on August 17, 2020, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  ECF No. 84.  The objections are overruled.  Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court hereby **DENIES** Roy Owens Construction Company's Motion for Judgment on the Pleadings under Rule 12(c) and further **DENIES** Roy Owens Construction Company's Motion to Dismiss for Failure to State a Claim under Rule 12(b)(6).  ECF No. 63.

1

**SO ORDERED**, this 26th day of August, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE